1

2

3

4

5    UNITED STATES DISTRICT COURT

6    EASTERN DISTRICT OF WASHINGTON

7  | WAKIE RADKE ULMAN and
   | DONALD ULMAN, husband and wife
8  | in their personal capacity; and WAKIE
   | RADKE ULMAN in her capacity as
9  | Personal Representative for ESTATE
   | OF WYATT J.J. ULMAN,
10
               Plaintiffs,
11
        v.
12
   UNITED STATES OF AMERICA;
13 and SAMARITAN HEALTHCARE
   FOUNDATION,
14
               Defendants.

NO: CV-10-274-RMP

ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE PARTY DEFENDANT

15

16    BEFORE the Court is the Plaintiff's Stipulated Motion to Substitute Party

17 Defendant, ECF No. 52.  Having reviewed the motion and file, the Court finds that,

18 pursuant to Fed. R. Civ. P. 15(a)(2), good cause exists to grant the motion.

19 / / /

20 / / /

ORDER GRANTING STIPULATED MOTION TO SUBSTITUTES PARTY
DEFENDANT ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion to Substitute Party Defendant, **ECF No. 52,** is **GRANTED**.

2. Plaintiff's Amended Complaint, **ECF No. 41**, is amended to reflect that GRANT COUNTY PUBLIC HOSPITAL DISTRICT NO.1, d/b/a SAMARITAN HEALTHCARE, a/k/a SAMARITAN HOSPITAL, a Washington public hospital district, is named as a defendant.

3. SAMARITAN HEALTHCARE FOUNDATION is dismissed as a defendant in this matter.

The District Court Clerk is directed to enter this Order, terminate Samaritan Healthcare Foundation as a party, amend the caption accordingly, and provide copies of the Order to counsel.

**DATED** this 6th day of March 2012.

       *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO SUBSTITUTES PARTY DEFENDANT ~ 2