UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WAKIE RADKE ULMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO: CV-10-274-RMP<br><br>ORDER OF DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE AND GRANTING MOTION TO AMEND COMPLAINT |

BEFORE the Court is Plaintiffs' Stipulated Motion for Voluntary Dismissal with Prejudice of Grant County Public Hospital District No. 1, d/b/a Samaritan Healthcare, a/k/a Samaritan Hospital as a Defendant in this cause and to Amend the Complaint, ECF No. 56.  Having reviewed said motion and the file and pleadings therein, the Court finds good cause to grant the motion.  Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Stipulated Motion for Voluntary Dismissal with Prejudice, **ECF No. 56**, is **GRANTED**.  Plaintiffs' Complaint and any and all

ORDER OF DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE AND GRANTING MOTION TO AMEND COMPLAINT ~ 1

counterclaims and/or cross-claims are dismissed with prejudice as to **Defendant Grant County Hospital District No. 1, Samaritan Healthcare, and/or Samaritan Hospital ONLY**.

2. Costs will not be charged to any party

3. Plaintiffs may file their Third Amended Complaint within seven days of the entry of this Order, ECF No. 56-1.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and terminate Grant County Public Hospital District No. 1 as a defendant in this case.

**DATED** this 30th day of October 2012.

                    *s/ Rosanna Malouf Peterson*
                ROSANNA MALOUF PETERSON
                Chief United States District Court Judge